U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 9, 2021

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   United States v. Gabriela Bratkovics, 20 Cr. 210 (LTS)
      United States v. Evan Brown, 20 Cr. 210 (LTS)

Dear Judge Swain:

The sentencings in the above-captioned matter were adjourned earlier this week to April 8, 2021.  The undersigned will be out on leave during the week prior to the new sentencing date, including on the date that the Government's sentencing submissions are now due.  In order to permit the Government to prepare its sentencing submissions, including responding to the submissions made by the defendants, the Government respectfully requests that the Court adjourn the sentencing proceedings to a date the week of April 12, 2021.  The Government has conferred with counsel for both defendants, who consent to this request.

The request is granted.  The sentencings are further adjourned to April 14, 2021, at 2:30 p.m. (Mr. Brown) and 3:30 p.m. (Ms. Bratkovics) and the related deadlines are modified accordingly.  DE# 64 resolved.
SO ORDERED.
2/10/2021
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By:   _____
      Katherine Reilly
      Assistant United States Attorney
      (212) 637-6521

cc:   Sharon McCarthy, Esq. (by ECF)
      Dan Horwitz, Esq. (by ECF)
      Tracy Burnett, Esq. (by ECF)