# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

**TRACY A. BURNETT**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

May 27, 2021

Via ECF
Honorable Laura Taylor Swain, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:   *United States v. Gabriela Bratkovics,* 20 Cr. 210 (LTS)

Dear Judge Swain:

We represent Gabriela Bratkovics in the above-referenced matter. We are writing to request permission for Ms. Bratkovics to travel to Dallas, Texas September 27-30, 2021, to attend a professional conference.

As the Court is aware, Ms. Bratkovics was sentenced on April 14, 2021 to eight months imprisonment to be followed by two years of supervised release. Ms. Bratkovics is scheduled to surrender to the Bureau of Prisons's custody on October 6, 2022. Currently, the conditions of Ms. Bratkovics's pre-trial release permit unrestricted travel within the Southern and Eastern Districts of New York and the District of New Jersey. Ms. Bratkovics seeks permission to travel to Dallas, Texas from September 27-30, 2021 to attend the Hospitality Industry Technology Exposition and Conference, hosted by the Hospitality Financial and Technology Professionals – an international trade association for professionals who work in the hospitality industry.

This request was discussed with AUSAs Katherine Reilly, who has informed us that the Government does not object to this request. We have also been advised by Pretrial Services Officer Andrew Abbott that the Pretrial Services Office does not object to this request. The specific travel itinerary will be provided in advance of the trip to Pre-Trial Services, as requested.

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

Hon. Laura Taylor Swain
May 27, 2021
Page 2


cc:     Katherine Reilly
        Assistant United States Attorney
        (Via ECF)

        Andrew Abbott
        U.S. Pre-Trial Services Officer
        (Via email: andrew_abbott@nyspt.uscourts.gov)


The foregoing request is granted.  Docket entry 90 is resolved.
SO ORDERED.
5/27/2021
/s/ Laura Taylor Swain, Chief USDJ