# MCLAUGHLIN & STERN, LLP
### FOUNDED 1898

**TRACY A. BURNETT**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

June 14, 2021

Via ECF
Honorable Laura Taylor Swain, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007

## MEMO ENDORSED

Re:   *United States v. Gabriela Bratkovics,* 20 Cr. 210 (LTS)

Dear Judge Swain:

As the Court is aware, we represent Gabriela Bratkovics in the above-referenced matter. We are writing to request permission for Ms. Bratkovics to travel to Dallas, Texas September 26-30, 2021, to attend a professional conference. We previously sought permission for Ms. Bratkovics to travel to Dallas, Texas September 27-30, 2021, to attend the Hospitality Industry Technology Exposition and Conference, which was granted by the Court. Ms. Bratkovics would like to expand her travel dates to include September 26, 2021 so that she can arrive in Dallas in time for the start of the Conference on the morning of September 27, 2021. AUSA Katherine Reilly has informed us that the Government does not object to this request. We have also been advised by Pretrial Services Officer Andrew Abbott that the Pretrial Services Office does not object to this request. The specific travel itinerary will be provided in advance of the trip to Pre-Trial Services, as requested.

The foregoing request is granted.
DE #92 resolved.
SO ORDERED.
6/14/2021
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

cc:   Katherine Reilly, Assistant United States Attorney (Via ECF)
Andrew Abbott, U.S. Pre-Trial Services Officer (Via email: andrew_abbott@nyspt.uscourts.gov)