UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                                         Case No.: 20 Cr. 210 (LTS)

      -v-

GABRIELA BRATKOVICS

              Defendant.
------------------------------------------------------------X

### ORDER

Upon the application of defendant Gabriela Bratkovics, it is hereby ORDERED that the United States Pretrial Services Office for the Southern District of New York return Ms. Bratkovics' passport, which she surrendered as a condition of her release on bail in this matter, to her counsel Tracy Burnett of McLaughlin & Stern LLP.

SO ORDERED

June 15, 2022

                                                             /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge