UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                          No. 20-CR-210-LTS

GABRIELA BRATKOVICS,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received response letters from the Government and counsel for Ms. Bratkovics regarding the issue of the application of First Step Act Time Credits. In light of the issues raised in those filings (see docket entry nos. 109-110), the parties are directed to meet and confer and file a joint status report by **January 26, 2023, at 5:00 p.m.**, including any request for further action by the Court and the jurisdictional basis therefor.

        SO ORDERED.

Dated: January 25, 2023                                            /s/ Laura Taylor Swain
       New York, New York                             LAURA TAYLOR SWAIN
                                                                   Chief United States District Judge