# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

**TRACY A. BURNETT**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

October 27, 2023

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Laura Taylor Swain, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>*United States v. Gabriela Bratkovics,* 20 Cr. 210 (LTS)</u>

Dear Judge Swain:

  As you know, we represent Gabriela Bratkovics in the above-referenced matter. We are writing to request permission for Ms. Bratkovics to engage in work-related travel December 28, 2023 through January 9, 2024.

  Ms. Bratkovics was sentenced on April 14, 2021 to eight months imprisonment to be followed by two years of supervised release. Ms. Bratkovics was released from the Bureau of Prisons' custody on January 30, 2023 and transferred to supervised release. Ms. Bratkovics now seeks permission from the Court to travel to Reghin, Romania December 28, January 9, 2024, to visit ENG Infotech's Romanian office.

  AUSA Katherine Reilly has advised that the Government does not object to this request. We have also been advised by Probation Officer Brittany Valentine that the U.S. Probation Department for the Southern District of New York does not object to this request. The specific travel itinerary will be provided in advance of the trip to Officer Valentine.

      Respectfully submitted,

      /s/ Tracy A. Burnett
      Tracy A. Burnett

cc: Katherine Reilly
   Assistant United States Attorney
   (Via ECF)

Brittany Valentine
U.S. Probation Officer
(Via email: Brittany_Valentine@nysp.uscourts.gov)

The forgoing request is granted. The Court hereby orders that Ms. Bratkovics provide her specific travel itinerary in advance of each trip to Probation Officer Brittany Valentine. DE 127 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
10/27/2023