# McLaughlin & Stern, LLP
### Founded 1898

**Tracy A. Burnett**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 Madison Avenue
New York, New York 10016
(212) 448–1100
Fax (212) 448-0066
www.mclaughlinstern.com

Great Neck, New York
Millbrook, New York
Westport, Connecticut
West Palm Beach, Florida
Naples, Florida

January 26, 2024

<u>Via ECF</u>
Honorable Laura Taylor Swain, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   <u>United States v. Gabriela Bratkovics,</u> 20 Cr. 210 (LTS)

Dear Judge Swain:

As you know, we represent Gabriela Bratkovics in the above-referenced matter. We are writing to request permission for Ms. Bratkovics to engage in work-related travel in March and April 2024.

Ms. Bratkovics was sentenced on April 14, 2021 to eight months imprisonment to be followed by two years of supervised release. Ms. Bratkovics was released from the Bureau of Prisons' custody on January 30, 2023, and transferred to supervised release. Ms. Bratkovics now seeks permission from the Court to travel on the following dates:

- March 6-19, 2024, to visit ENG Infotech's office in Reghin, Romania; and
- April 11-19, 2024, to attend the International Hospitality Technology Forum – an industry event for hoteliers and their technology providers – in Barcelona, Spain.

AUSA Katherine Reilly has advised that the Government does not object to this request. We have also been advised by Probation Officer Brittany Valentine that the U.S. Probation Department for the Southern District of New York does not object to this request. The specific travel itinerary will be provided in advance of the trip to Officer Valentine.

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

cc: Katherine Reilly
Assistant United States Attorney
(Via ECF)

Brittany Valentine
U.S. Probation Officer
(Via email: Brittany_Valentine@nysp.uscourts.gov)

The foregoing request is granted. The Court hereby orders that Ms. Bratkovics provide her specific travel itinerary in advance of each trip to Probation Officer Brittany Valentine. DE 129 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
1/29/2024