# MCLAUGHLIN & STERN, LLP
**FOUNDED 1898**

**TRACY A. BURNETT**
Partner
tburnett@mclaughlinstern.com
Direct: (212) 448-1100 ext. 1246

260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 448–1100
FAX (212) 448-0066
www.mclaughlinstern.com

GREAT NECK, NEW YORK
MILLBROOK, NEW YORK
WESTPORT, CONNECTICUT
WEST PALM BEACH, FLORIDA
NAPLES, FLORIDA

April 16, 2024

**MEMO ENDORSED**

<u>Via ECF</u>
Honorable Laura Taylor Swain, U.S.D.J.
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York  10007

Re: <u>*United States v. Gabriela Bratkovics,* 20 Cr. 210 (LTS)</u>

Dear Judge Swain:

As the Court is aware, we represent Gabriela Bratkovics in the above-referenced matter. We are writing to request permission for Ms. Bratkovics to travel to Denver, Colorado March 25-28, 2024, to attend a professional conference.

Ms. Bratkovics was sentenced on April 14, 2021 to eight months imprisonment to be followed by two years of supervised release. Ms. Bratkovics was released from the Bureau of Prisons' custody on January 30, 2023, and transferred to supervised release. Ms. Bratkovics now seeks permission from the Court to travel on the following dates:

- April 25-30, 2024, for a client meeting in Manila, Philippines; and
- May 5-14, 2024, to attend the Hotel Technology Next Generation conference – an industry event for global hospitality technology professionals – in Singapore.

AUSA Katherine Reilly has informed us that the Government does not object to this request. We have also been advised by the U.S. Probation Department for the Southern District of New York ("Probation") that Probation does not object to this request. The specific travel itinerary will be provided in advance of the trip to Officer Valentine.

Respectfully submitted,

/s/ Tracy A. Burnett
Tracy A. Burnett

Hon. Laura Taylor Swain
April 16, 2024
Page 2

cc: Katherine Reilly,
Assistant United States Attorney (Via ECF)

Brittany Valentine
U.S. Probation Officer
(Via email: Brittany_Valentine@nysp.uscourts.gov)

The foregoing request is granted. The Court hereby orders that Ms. Bratkovics provide her specific travel itinerary in advance of each trip to Probation Officer Brittany Valentine. DE 133 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ
4/17/2024